IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**FINEMAN KREKSTEIN & HARRIS, P.C.**
*A Pennsylvania Professional Corporation*
BY     RICHARD J. PERR, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com;
**Attorneys for Defendants Weltman, Weinberg & Reis Co., L.P.A.,
and TERI Loan Holdings, LLC**

| | | |
|---|---|---|
| BRUNO M. TEIXEIRA, on behalf of himself & all others similarly situated,<br>    Plaintiff | : : : : : | CIVIL ACTION |
| v. | : : | NO. 2:15-cv-06365-MCA-LDW |
| WELTMAN, WEINBERG & REIS CO., L.P.A., TERI LOAN HOLDINGS, LLC, and JOHN and JANE DOES 1 THROUGH 50,<br>    Defendants | : : : : : | JURY TRIAL DEMANDED |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒     The nongovernmental corporate party, TERI LOAN HOLDINGS, LLC, in the above listed civil action does have the following parent corporation which is **not publicly traded** that owns 100% of its stock: TERI Plan Trust

☐     The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

FINEMAN KREKSTEIN & HARRIS, P.C.

By:     /S/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com
Attorneys for Defendants Weltman,Weinberg &
Reis Co., L.P.A., and TERI Loan Holdings, LLC

Dated:     September 24, 2015

# CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

>Andrew T. Thomasson, Esquire
>Philip D. Stern, Esquire
>Stern Thomasson LLP
>2816 Morris Avenue, Suite 30
>Union, NJ  07083-4870
>(v) 973-379-7500; (f) 973-532-0866
>andrew@sternthomasson.com
>pstern@philipstern.com
>         Attorneys for Plaintiff

>         /S/ Richard J. Perr
>         RICHARD J. PERR, ESQUIRE

Dated:      September 24, 2015

{01011787;v1}